NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORTHPOINT TECHNOLOGY, LTD.,**
*Plaintiff-Appellant,*

**v.**

**DIRECTV, INC.,**
*Defendant-Appellee,*

AND

**DISH NETWORK LLC** AND
**ECHOSTAR TECHNOLOGIES, LLC,**
*Defendants-Appellees.*

---

2011-1524

---

Appeal from the United States District Court for the Western District of Texas No. 09-CV-0506, Judge James R. Nowlin.

---

**JUDGMENT**

---

ALISA A. LIPSKI, Goldstein & Lipski, PLLC, of Houston, Texas, argued for the plaintiff-appellant. With her on the brief was EDWARD W. GOLDSTEIN.

ALEXANDER F. MACKINNON, Kirkland & Ellis, LLP, of Los Angeles, California, argued for all defendants-appellees. With him on the brief were R. ALEXANDER PILMER; and DENNIS J. ABDELNOUR, of Washington, DC, for defendant-appellee DirecTV, Inc. Of counsel was GUY RUTTENBERG, of Los Angeles, California.

RACHEL KREVANS, Morrison & Foerster, LLP, of San Francisco, California, for defendants-appellees, Dish Network LLC and EchoStar Technologies, LLC. With her on the brief were JASON A. CROTTY, MATTHEW A. CHIVVIS, and DIANA B. KRUZE.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, MOORE, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| May 11, 2012 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |